UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FAR EASTERN SHIPPING CO., PLC,   :    08 Civ. __1292__ (CM)
                                    :
            Plaintiff,      :    **ECF CASE**
                                      :
    - against -           :
                                      :
MINERMET S.A..,           :
                                      :
            Defendant.   :
------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

Parents:    None.

Subsidiaries:  FESCO Agencies North America Inc., FESCO Supply Shipping Company Ltd.,

FESCO Lines Australia Pty Ltd., Roselau Shipping Company Limited, Tryfield Shipping

Company Limited, Pacific Container Ships Holding Limited, Pacific Conline Holding Limited,

FES-Invest PLC, FESCO Lines China, Co., Ltd., FESCO Logistics LLC, FESCO Intermodal

Ltd., Dalreftrans Ltd., Transfes Maritime Agency, LLC, National Parom Company Ltd.,

Slavyansky Shipbuilding Yard PLC, FESCO Lines Hong Kong Limited, Orlouna Holdings

Llimited.

Affiliated companies: Russkaya Troyka LLC, Akzo Nobel Fesco Ltd., Vostochny

Express Service LLC, United Orient Shipping and Agency Co., Ltd., Defence Corp. Skat Co.,

Ltd., FESCO Service LLC, M-Port LLC.

Dated: February 8, 2008
New York, NY

The Plaintiff,
FAR EASTERN SHIPPING CO., PLC

By: _____
Kevin J. Lennon

LENNON, MURPHY & LENNON LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile
kjl@lenmur.com

2