UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
FAR EASTERN SHIPPING CO., PLC,        :     08 Civ. *1292*_____ (*CM* )

                          Plaintiff,  :     **ECF CASE**

        - against -                   :

MINERMET S.A.,                        :

                          Defendant.  :
-------------------------------------------------X

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____             │
│ DATE FILED: ____2|11|08___        │
└──────────────────────────────────┘
```

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on February 8,

2008, and good cause having been shown, it is hereby

ORDERED that Kevin J. Lennon, Nancy R. Peterson, Patrick F. Lennon, Charles E.

Murphy, or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC

be and is hereby appointed, in addition to the United States Marshal, to serve the Ex Parte Order,

Process of Maritime Attachment and Garnishment and the Verified Complaint, together with any

interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon

information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account

of, Defendant.

Dated: New York, NY
       February 8 , 2008

                                    _____
                                                U.S.D.J.