UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

FAR EASTERN SHIPPING CO., PLC,             :        08 Civ. 1292 (CM)
                                           :
                        Plaintiff,         :        ECF CASE
                                           :
        - against -                        :
                                           :
MINERMET S.A.,                             :
                                           :
                        Defendant.         :
------------------------------------------------------X

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/12/08

## NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF FUNDS

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment in conformity with the original wire remittance instructions.

Dated: March 11, 2008
       New York, NY

                        The Plaintiff,
                        FAR EASTERN SHIPPING CO., PLC

                        By: _____
                        Kevin J. Lennon
                        LENNON, MURPHY & LENNON, LLC
                        The GrayBar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        (212) 490-6070 fax
                        kjl@lenmur.com

3-12-08